**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

LINA M. GOMEZ,

        Plaintiff,

v.                                        Case No.: 6:22-cv-2342-WWB-RMN

V & B AUTO SALES CORP, VICTOR R. ABREU and BIANELLYS T. MARTE DE ABREU,

        Defendants.

---

### **ORDER**

THIS CAUSE is before the Court on the parties' Joint Stipulation of Voluntary Dismissal Without Prejudice (Doc. 27), filed June 29, 2023. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk of Court is directed to close this case. However, the Court notes that, because this case is brought pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, any underlying settlement agreements are legally unenforceable. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352–55 (11th Cir. 1982).

**DONE AND ORDERED** at Orlando, Florida on July 6, 2023.

*[Signature]*

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record